UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| APRIL FERGUSON et al.,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>NORTH KITSAP SCHOOL DISTRICT et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 3:23-cv-05921-DGE<br><br>ORDER DENYING MOTION TO APPOINT SETTLEMENT GUARDIAN AD LITEM (DKT. NO. 27) |
|---|---|

　　　Presently before the Court is Plaintiffs' unopposed motion for appointment of a settlement guardian ad litem ("GAL") to represent the interests of minor child M.F. (Dkt. No. 27.) The Court DENIES the motion as currently submitted. The proposed order does not identify or outline any specific duties or obligations required of the proposed GAL with respect to the settlement. (Dkt. No. 27-1.)

　　　The Court instructs the parties to review Local Rule 17 and this Court's previous orders appointing GALs, *Smith v. Naphcare, Inc.*, Case No. 3:22-cv-05069-DGE, Dkt. No. 129 (W.D. Wash. Nov. 6, 2023); *Anderson v. McChord Communities LLC*, Case No. 3:21-cv-05391-DGE,

ORDER DENYING MOTION TO APPOINT SETTLEMENT GUARDIAN AD LITEM (DKT. NO. 27) - 1

Dkt. No. 67 (W.D. Wash. Feb. 7, 2024); *Philadelphia Indemnity Insurance Company v. Olympia Early Learning Center, et al.*, Case No. 3:12-cv-05759-DGE, Dkt. No. 234 (W.D. Wash. Aug. 6, 2024), and resubmit their motion and proposed order to include similar information, including but not limited to: (1) the proposed plan for payment of the GAL's fees and costs; (2) the contents and timing of the GAL's report on the reasonableness of the settlement; (3) the GAL's duties and responsibilities regarding the investigation and evaluation of the offered settlement; (4) how the GAL's appointment and report shall comport with Local Rule 17; (5) all other issues, procedures, and costs the parties deem relevant to the GAL's performance of her duties based on the specific needs of this case.

Dated this 29th day of August, 2024.

David G. Estudillo
United States District Judge

ORDER DENYING MOTION TO APPOINT SETTLEMENT GUARDIAN AD LITEM (DKT. NO. 27) - 2